IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, | |
| Plaintiff, | 8:23CV312 |
| vs. | |
| JOHN DOE, Unknown Officers of Bellevue Police Department, | ORDER OF RECUSAL |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 15th day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge